14CV1420

United States District Court
Southern District of New York

ANTHONY BRIAN MALLGREN
-versus-
UNITED STATES OF AMERICA

COMPLAINT
Jury Trial: No

FEB 19 2014
PRO SE OFFICE

PARTIES

Plaintiff: Anthony Brian Mallgren
777 Seaview Avenue
Staten Island, New York 10305
(424)235-0231

Defendant 1: United States of America
Solicitor General
Room 5614
Department of Justice
950 Pennsylvania Avenue, North West
Washington D.C. 20530-0001

Defendant 2: State of New York
Office of the Attorney General
Capital Building
Albany, New York 12224-0341
(518) 474-7330

Other Defendants: John Does

JURISDICTION

1. Federal Question: At what point does throttling civil rights and liberties become a constitutional violation?

## BACKGROUND INFORMATION

1. Attached is an event log providing background information.
2. Incorporated by reference, In re Anthony Brian Mallgren, Petition for PACER Fee Waiver and Exemption, US-SDNY, as additional background information.

## INJURY

1. Anthony Brian Mallgren believes that constitutional violations have occurred, usurping time, of the essence of life, and resulted in the exasperation of injuries, including physical.

## RELIEF

1. Anthony Brian Mallgren requests injunctions for state/federal accommodations for the interim, as well as a general review of the court systems within the State of New York regarding these issues.
2. Anthony Brian Mallgren requests specific performance in allowing and enabling residency/citizenship, to be further determined by court hearing.
3. Anthony Brian Mallgren requests declaritive, nominal and punitive compensation for damages.

I, Anthony Brian Mallgren, swear under penalty of perjury the information contained within this complaint is true and correct to the best of my knowledge.

Dated: 12 February 2014

Anthony Brian Mallgren
Anthony Brian Mallgren

Attached: Event Log
Memorandum

7 November 2014 - Arrested by three people stating that they were from the New York Police Department Anti-Terrorist Task Force, when attempting to utilize the New York City Subway to go from the homeless shelter at 2027 Lexington Avenue, Harlem, New York to the Brooklyn Public Library (main branch) to complete a project for Glow Traffic, per the New York State Welfare Statutes (required Photoshop, which NYPL does not seem to have).

9 November 2014 - Brought to court, spoke with public defender attempted to explain fare exemption for that activity (for people applying for New York State Welfare), was cut off by attorney in the middle of the first sentence, saying enough had been heard. In the courtroom, I was offered 2 days time served as a plea agreement, I refused, sent to Rikers Island Correctional Facility for "730 examination."

~25 November 2014 - Brought to court, sat in cell, informed by New York City Department of Corrections officer my next court date was on 15 January 2014 without explanation, sent back to Rikers Island Correctional Facility.

~24 December 2014 - Brought to court building, spoke with two individuals regarding role of judge/jury and personal background, sent back to Rikers Island Correctional Facility without explanation.

15 January 2014 - Went to court, sat in cell, informed by New York City Department of Corrections that my case was "like dismissed" and I would have to talk with "the doctor" for "a bit," without further explanation.

17 January 2014 - Transferred to South Beach Psychiatric Center by New York City Department of Corrections transport; admitted under "2 p.c." or two physicians certify according to a "Doctor Greene" requested paper/pen for filing a patient petition for habeus corpus; only given a sheet of paper; denied access to dictionary; only verbal notice of "2 p.c." was provided; no paper form.

21 January 2014 - Mailed court changes proposal to Senator Schumer.

22 January 2014 - Mailed involuntary admission due process complaint/petition to United States District Court, Southern Distict of New York.

23 January 2014 - Mailed copy of court deficiencies petition to Solicitor General; mailed marijuana advocacy letter to Senator Clinton; contacted Vincent Lomangino at Mental Health Legal Services, left message; submitted consent form for health information from New York State Office of Mental Health; spoke to Lori (therapist) about food stamps and state identification.

24 January 2014 - Sent critical comments and advocacy request to Commissioner of New York State Office of Mental Health; contacted Vincent Lomangino at Mental Health Legal Services, left message; sent court deficiencies petition to United States Supreme Court; Doctor Greene stated I would be getting ahead of myself to attempt to pursue Social Security, SNAP or housing; Doctor Greene stated that I should be focused solely on medicine regime because of my irregular decisions and failing to properly organize my thoughts.

25 January 2014 - Filed written notice requesting to leave hospital.

28 January 2014 - Mailed complaint regarding conditions of confinement to the United States District Court of the Southern District of New York.

29 January 2014 - Mailed motion for three-judge hearing for conditions of confinement case; mailed Microsoft appeal paperwork to Microsoft, Apple and the United States District Court of the Southern District of New York.

30 January 2014 - Sent psychiatric transitional living residences tort letter to New York State Office of Mental Heath and New York City Council; mailed criminal defense background information to Department of Homelessness and American Civil Liberties Union.

31 January 2014 - Spoke to Lori about property collection; spoke with Gary / Dr. Greene / Lori about transitional living residences; Doctor Greene called Vincent Lomangino of Mental Health Legal Services.

3 February 2014 - Left Mary Ann Clark messages regarding property collection, second opinion request for involuntary treatment, then spoke with Mary Ann Clark about library access. Spoke to Bellevue Hospital, confirming Bellevue Hospital could and would provide a second opinion if allowed, relaying the information to Vincent Lomangino at Mental Hygiene Legal Services and New York State Office of Mental Health.

6 February 2014 - Went to the computer lab, could not access e-mail, attempted to search for employment, had computer turned off when attempting to print F.B.I. F.O.I.A. request and send an information request to Vulcan.com. Was told by Julius (?) that I could only play games or a couple of other functions (in a loud/frantic voice). Contacted the United States District Court of the Southern District of New York, whom informed me that they had not yet received mail sent from South Beach Psychiatric Center, with perhaps a 2% chance it was still in transit or had yet to be entered into the system.

7 February 2014 - Spoke with Dr. Greene, whom said the computers were probably not a good idea for me, even for seeking employment.

8 February 2014 - Mailed complaint for employment Americans with Disabilities Act compliance to the United States District Court of the Southern District of New York.

9 February 2014 - Mailed evidence, witness and application request to International Business Machines Corporation; mailed complaint detail request to Security Exchange Commission.

10 February 2014 - Mailed complaint for involuntary service charges to the United States District Court of the Southern District of New York.

11 February 2014 - Mailed civilian complaint to New York Police Department and change of address request to United States District Court of the Southern District of New York; mailed motion to reconsider and notice of appeal to the United States District Court of the Southern District of New York. Shaquana (?) said that Lori would now limit the number of envelopes made available to me; called New York State Office of Mental Health customer relations whom said it was not their responsibility to provide envelopes and to try to retrieve envelopes from the organizations that required them. Called the United States District Court, whom said it was not their responsibility either.

12 February 2014 - Mailed grievance to "Grievance Committee" about Vincent Lomangino at Mental Health Legal Services for South Beach Psychiatric Center. Have a single envelope left, which will be used to mail the due process in grievance petitions complaint, with several items, including docket information requests for other federal districts, requests/information updates for the New York State Governor, the Commissioner of New York State Office of Mental Health, et cetera.

Memorandum

There seems to be a tactic in political practice that may be termed "citizenship throttling." This tactic involves limiting, although not outright denying, civil rights and liberties. Some examples of actions within this consideration are, "maxing out" holding times (such as awaiting for trial or psychiatric observation), "burning resources" (asking people to risk their jobs for a "larger cause", limiting access to resources for the indigent (PACER) and limiting access to resources in involuntary units/facilities (literature, computers, internet, envelopes), "serving bus time" (continuously transferring those in involuntary confinement, making it difficult to communicate in pursuing remedy) and other such actions that result in lesser citizenship, but does not outright deny rights nor liberties. Once subjected to such tactics, this "lesser citizen" is at a strong disadvantage in defense, having education stalled, production hampered and rights/liberties abridged. Reading into the Declaration of Independence, It is doubtful our forefathers had intended the United States Constitution to allow for the perversion of basic infrastructure offerings. These tactics either result in additional expense to the government, or the costs are so trivial, as to warrant them reasonable and justifiable requests. Government interest does not protect the personal interests of those whom comprise government bodies, nor against past transgressions of government officials.

*It took three centuries of martyrs to establish Christianity, but only four generations for Socratic philosophy.